# United States Navy–Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Glenn S. HAMBY**
Information Systems Technician
Petty Officer Third Class (E-4), U.S. Navy
*Appellant*

**No. 201800245**

Decided: 8 February 2019

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Military Judge:
Commander William Weiland, JAGC, USN

Sentence adjudged 17 April 2018 by a special court-martial convened at Washington Navy Yard, District of Columbia, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 12 months,[1] and a bad conduct discharge.

For Appellant:
*Lieutenant Commander Jacqueline M. Leonard, JAGC USN.*

For Appellee:
*Brian Keller, Esq.*

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1] The Convening Authority suspended confinement in excess of 6 months.

Before WOODARD, CRISFIELD, and HITESMAN,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court